In the Matter of the Arbitration between BENJAMIN W. COOPER, as Executor of WALTER H. WARD, Deceased, as Executor of LYDIA M. WARD, Deceased, and Personally, and JOHN W. FITZGERALD, as Executor of PARMELIA WARD, Deceased, Respondent.

HELEN B. COOPER, as Administratrix with the Will Annexed of WALTER H. WARD, Deceased, and as Administratrix of BENJAMIN W. COOPER, Deceased, and EDWARD SIMMS, as Administrator with the Will Annexed of LYDIA M. WARD, Deceased, Appellants.

*Matter of Cooper*, 47 App. Div. 634, affirmed.
(Argued January 24, 1901; decided February 15, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 26, 1900, affirming an order of Special Term confirming an award of an arbitrator upon the submission of a controversy under section 2366 of the Code of Civil Procedure.

*Rollin H. Smith* for appellants.

*Thomas F. Ward* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.